UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMES DERBY,** Individually,

    Plaintiff,

    v.

**DISPOSAL SERVICES, LLC, a Florida Limited Liability Company,**

    Defendant.

**CASE NO.  5:20-cv-00104-TKW-MJF**

**JOINT NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, pursuant to Rule 16.2(A)(1), *Local Rules, U.S. District Court, Northern District of Florida*, the parties hereby notify the Court that this matter has been settled, subject to the parties finalizing an agreement as to the remaining non-monetary terms.

Respectfully submitted this 24th day of September, 2021.

| | |
|---|---|
| */s/ Paul M. Botros* | */s/ John W. Roberts* |
| Paul M. Botros, Esq. | John W. Roberts, Esq. |
| Florida Bar No. 088758 | Florida Bar No. 0108570 |
| MORGAN & MORGAN, P.A. | john@johnwrobertslaw.com |
| 600 N. Pine Island Road, Ste. 400 | DAVID S. REHR, ESQ. |
| Plantation, Florida 33324 | Florida Bar No. 117909 |
| Tel: (954) 318-0268 | david@johnwrobertslaw.com |
| Fax:  (954) 327-3016 | DANIEL ROSENHEIM |
| E-mail: pbotros@forthepeople.com | Florida Bar No. 124829 |
| *Trial Counsel for Plaintiff* | daniel@johnwrobertslaw.com |
| | 12273 US Highway 98, West, Ste. 204 |
| | Miramar Beach, Florida 32550 |
| | Tel: (850) 250-0887 |
| | Fax: (850) 250-2612 |
| | *Trial Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Botros*
Paul M. Botros, Esq.