UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **JAMES DERBY,** Individually,<br><br>Plaintiff,<br><br>v.<br><br>**DISPOSAL SERVICES, LLC,** a Florida Limited Liability Company,<br><br>Defendant. | **CASE NO. 5:20-cv-00104-TKW-MJF** |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

**PLEASE TAKE NOTICE**, pursuant to Rule 16.2(A)(1), *Local Rules, U.S. District Court, Northern District of Florida*, the parties hereby notify the Court that this matter has been settled, subject to the parties finalizing and signing the agreement and payment of the settlement proceeds.

Respectfully submitted this 3rd day of November, 2021.

*/s/ Paul M. Botros*
Paul M. Botros, Esq.
Florida Bar No. 088758
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Ste. 400
Plantation, Florida 33324
Tel: (954) 318-0268
Fax: (954) 327-3016
E-mail: pbotros@forthepeople.com
*Trial Counsel for Plaintiff*

*/s/ John W. Roberts*
John W. Roberts, Esq.
Florida Bar No. 0108570
john@johnwrobertslaw.com
DAVID S. REHR, ESQ.
Florida Bar No. 117909
david@johnwrobertslaw.com
DANIEL ROSENHEIM
Florida Bar No. 124829
daniel@johnwrobertslaw.com
12273 US Highway 98, West, Ste. 204
Miramar Beach, Florida 32550
Tel: (850) 250-0887
Fax: (850) 250-2612
*Trial Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Botros*
Paul M. Botros, Esq.